

ENTERED
06/07/2021

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| KATERRA INC., | ) ) | Case No. 21-31861 (MI) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 47-2918559 | ) ) | |
| In re: | ) ) | Chapter 11 |
| ALGOSQUARE INC., | ) ) | Case No. 21-31863 (DRJ) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 47-4395183 | ) ) | |
| In re: | ) ) | Chapter 11 |
| APOLLO TECHNOLOGIES, INC., | ) ) | Case No. 21-31875 (MI) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 85-1939922 | ) ) | |
| In re: | ) ) | Chapter 11 |
| BRISTLECONE 28TH AVE, LLC | ) ) | Case No. 21-31880 (MI) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 38-4091457 | ) | |

KE 71410650
29194261v.2 159512/00001

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| BRISTLECONE RESIDENTIAL, LLC, | ) | Case No. 21-31883 (MI) |
| Debtor. | ) | |
| Tax I.D. No. 81-4126491 | ) | |
| In re: | ) | Chapter 11 |
| CAPGRO CONSTRUCTION MANAGEMENT, LLC, | ) | Case No. 21-31860 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 80-0188132 | ) | |
| In re: | ) | Chapter 11 |
| CONSTRUCTION ASSURANCE LTD., | ) | Case No. 21-31885 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. N/A | ) | |
| In re: | ) | Chapter 11 |
| DANGOO ELECTRONICS (USA) CO., LTD., | ) | Case No. 21-31888 (DRJ) |
| Debtor. | ) | |
| Tax I.D. No. 47-4221455 | ) | |
| In re: | ) | Chapter 11 |
| EDGE @ LOHI, LLC, | ) | Case No. 21-31865 (MI) |
| Debtor. | ) | |
| Tax I.D. No. 61-1895529 | ) | |

29194261v.2 159512/00001

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| HILLSBORO 1 PROJECT MM LLC, | ) ) ) | Case No. 21-31872 (MI) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 84-4999446 | ) | |
| In re: | ) ) | Chapter 11 |
| HILLSBORO 1 PROJECT LLC, | ) ) ) | Case No. 21-31867 (DRJ) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 84-4061467 | ) | |
| In re: | ) ) | Chapter 11 |
| HILLSBORO 2 PROJECT MM LLC, | ) ) ) | Case No. 21-31879 (DRJ) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 84-5017601 | ) | |
| In re: | ) ) | Chapter 11 |
| HILLSBORO 2 PROJECT LLC, | ) ) ) | Case No. 21-31876 (MI) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 84-4073733 | ) | |
| In re: | ) ) | Chapter 11 |
| KATERRA AFFORDABLE HOUSING LLC, | ) ) ) | Case No. 21-31884 (DRJ) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 85-2962761 | ) | |

3

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| KATERRA ARCHITECTURE LLC, | ) ) ) | Case No. 21-31864 (DRJ) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 38-4008567 | ) ) | |
| In re: | ) ) ) | Chapter 11 |
| KATERRA CONSTRUCTION LLC, | ) ) ) | Case No. 21-31866 (DRJ) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 30-0926077 | ) ) | |
| In re: | ) ) ) | Chapter 11 |
| KATERRA ENGINEERING LLC, | ) ) ) | Case No. 21-31868 (MI) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 38-4052151 | ) ) | |
| In re: | ) ) ) | Chapter 11 |
| KATERRA INC., | ) ) ) | Case No. 21-31862 (MI) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 98-1222720 | ) ) | |
| In re: | ) ) ) | Chapter 11 |
| KATERRA PEARSON RANCH INVESTMENT LLC, | ) ) ) ) | Case No. 21-31869 (MI) |
| Debtor. | ) ) ) | |
| Tax I.D. No. 84-3687491 | ) | |

4

| | |
|---|---|
| In re: | Chapter 11 |
| KATERRA PEGASUS RINO INVESTMENT LLC, | Case No. 21-31871 (MI) |
| Debtor. | |
| Tax I.D. No. 84-3577468 | |
| In re: | Chapter 11 |
| KATERRA RO2 KNIPE VILLAGE INVESTMENT LLC, | Case No. 21-31874 (DRJ) |
| Debtor. | |
| Tax I.D. No. 84-4267103 | |
| In re: | Chapter 11 |
| KATERRA XSC HOUSTON INVESTMENT LLC, | Case No. 21-31873 (DRJ) |
| Debtor. | |
| Tax I.D. No. 84-3562760 | |
| In re: | Chapter 11 |
| KIRKLAND 1 PROJECT MM LLC, | Case No. 21-31878 (MI) |
| Debtor. | |
| Tax I.D. No. 84-4966714 | |
| In re: | Chapter 11 |
| KIRKLAND 1 PROJECT LLC, | Case No. 21-31877 (MI) |
| Debtor. | |
| Tax I.D. No. 84-4035291 | |

5

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| KIRKLAND 2 PROJECT MM LLC, | ) | Case No. 21-31887 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 84-4982871 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| KIRKLAND 2 PROJECT LLC, | ) | Case No. 21-31882 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 84-4046634 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| LORD, AECK & SARGENT, INC., | ) | Case No. 21-31870 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 58-1532906 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| PERIMETER BUILDING SERVICES LLC, | ) | Case No. 21-31881 (DRJ) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 47-2305935 | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ROOTS SOFTWARE, LLC, | ) | Case No. 21-31886 (MI) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 81-1644839 | ) | |

| | |
|---|---|
| In re: | Chapter 11 |
| SKYVIEW CONCRETE LLC, | Case No. 21-31889 (DRJ) |
| Debtor. | |
| Tax I.D. No. 82-5076363 | |
| In re: | Chapter 11 |
| UEB BUILDERS, INC., | Case No. 21-31890 (DRJ) |
| Debtor. | |
| Tax I.D. No. 20-3509434 | |
| In re: | Chapter 11 |
| VALPICO GLENBRIAR APARTMENTS LLC, | Case No. 21-31891 (MI) |
| Debtor. | |
| Tax I.D. No. 84-2251878 | |
| In re: | Chapter 11 |
| WM AVIATION, LLC, | Case No. 21-31892 (MI) |
| Debtor. | |
| Tax I.D. No. 80-0913736 | (Docket No. 2) |

**ORDER (I) DIRECTING JOINT ADMINISTRATION
OF THE CHAPTER 11 CASES AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[1] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) directing the joint administration of the Debtors' chapter 11 cases for procedural purposes only and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day

---

[1] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

7

Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "<u>Hearing</u>"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court under 21-31861 (DRJ).

2. Additionally, the following checked items are ordered:

    a.  ☒  One disclosure statement and plan of reorganization may be filed for all of the cases by any plan proponent.

    b.  ☒  Parties may request joint hearings on matters pending in any of the jointly administered cases.

    c.  ☒  Other: See below.

3. The caption of the jointly administered cases should read as follows:

8

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| KATERRA INC., *et al.*,[1] | ) Case No. 21-31861 (DRJ) <br> ) |
| Debtors. | ) (Jointly Administered) <br> ) |

4.   The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5.   A docket entry, substantially similar to the following, shall be entered on the dockets of each of the Debtors, other than Katerra Inc., to reflect the joint administration of these chapter 11 cases:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Southern District of Texas directing joint administration of the chapter 11 cases of: Katerra Inc., Case No. 21-31861; AlgoSquare Inc., Case No. 21-31863; Apollo Technologies, Inc., Case No. 21-31875; Bristlecone 28th Ave, LLC, Case No. 21-31880; Bristlecone Residential, LLC, Case No. 21-31883; CAPGro Construction Management, LLC, Case No. 21-31860; Construction Assurance Ltd., Case No. 21-31885; Dangoo Electronics (USA) Co., Ltd., Case No. 21-31888; Edge @ LoHi, LLC, Case No. 21-31865; Hillsboro 1 Project MM LLC, Case No. 21-31872; Hillsboro 1 Project LLC, Case No. 21-31867; Hillsboro 2 Project MM LLC, Case No. 21-31879; Hillsboro 2 Project LLC, Case No. 21-31876; Katerra Affordable Housing LLC, Case No. 21-31884; Katerra Architecture LLC, Case No. 21-31864; Katerra Construction LLC, Case No. 21-31866; Katerra Engineering LLC, Case No. 21-31868; Katerra Inc., Case No. 21-31862; Katerra Pearson Ranch Investment LLC, Case No. 21-31869; Katerra Pegasus RiNo Investment LLC, Case No. 21-31871; Katerra RO2 Knipe Village Investment LLC, Case No. 21-31874; Katerra XSC Houston Investment LLC, Case No. 21-31873; Kirkland 1 Project MM LLC, Case No. 21-31878; Kirkland 1 Project LLC, Case No. 21-31877; Kirkland 2 Project MM LLC, Case

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/katerra. The location of Debtor Katerra Inc.'s principal place of business and the Debtors' service address in these chapter 11 cases is 9305 East Via de Ventura, Scottsdale, Arizona 85258.

9

No. 21-31887; Kirkland 2 Project LLC, Case No. 21-31882; Lord, Aeck & Sargent, Inc., Case No. 21-31870; Perimeter Building Services LLC, Case No. 21-31881; Roots Software, LLC, Case No. 21-31886; Skyview Concrete LLC, Case No. 21-31889; UEB Builders, Inc., Case No. 21-31890; Valpico Glenbriar Apartments LLC, Case No. 21-31891; and WM Aviation, LLC, Case No. 21-31892. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 21-31861 (DRJ).**

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. The Debtors are authorized to file monthly operating reports on a consolidated basis, but shall track and break out disbursements on a debtor-by-debtor basis.

8. Any party in interest may request joint hearings on matters pending in any of these chapter 11 cases.

9. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

10. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

11. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

12. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

13. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Signed: June 07, 2021.**

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**